April 11, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

LEONARD WICKERS, Appellant

NO. 14-12-01055-CV                  V.

AMERICAN SOUTHWEST INSURANCE MANAGERS, INC. D/B/A
STATEWIDE CLAIMS SERVICE, Appellee

_____

       Today the Court heard appellee's motion to dismiss the appeal from the judgment signed by the court below on October 19, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

       We further order that all costs incurred by reason of this appeal be paid by appellant, Leonard Wickers.

       We further order this decision certified below for observance.